Exhibit 4

# FIRM BIOGRAPHY

# BRUCE G. MURPHY, P.C.

BRUCE G. MURPHY is president of BRUCE G. MURPHY, P.C., a Virginia professional corporation. The firm has its office in Vero Beach, Florida.

BRUCE G. MURPHY attended the University of Virginia from 1954 to 1958 and attended the SORBONNE University in Paris, France, in 1958 and 1959. He received his law degree in 1962 from the University of Richmond Law School. He was admitted to the Virginia Bar and to the Virginia Supreme Court in 1962. Mr. Murphy is admitted to practice before the United States District Court for the Eastern District of Virginia and the United States Court of Appeals for the Fourth Circuit.

BRUCE G. MURPHY is involved in over 100 major securities action suits pending in federal courts throughout the United States. Mr. Murphy is also involved in a number of shareholder derivative actions in state and federal courts throughout the United States.