EXHIBIT 1

## CHARTER OF THE CVS ERISA PLAN COMMITTEE

**I.     Purpose**

The purpose of this Charter is to specify the duties and responsibilities of the CVS ERISA Plan Committee (the "ERISA Plan Committee") with respect to the 401(k) Profit Sharing Plan of CVS Corporation and Affiliated Companies (the "401(k) Plan"), in the CVS Corporation Subsidiaries Employee Stock Ownership Plan (the "ESOP") and the CVS Diversified ESOP Account (collectively "the ERISA Plans").

The ERISA Plan Committee recognizes it has been formed to administer the ERISA Plans.  In fulfilling their functions and responsibilities as members of the ERISA Plan Committee, the members recognize that their sole obligation is to the beneficiaries of the ERISA Plans.  One of the principal responsibilities of the ERISA Plan Committee is to review and assess the propriety of each of the various investment fund options offered by CVS through its 401(k) Plan.  As such, ERISA Plan Committee members will undertake a pro-active monitoring and oversight role, including actively informing themselves of issues necessary to assess the propriety and reasonableness of offered investment fund options on a on-going basis.  ERISA Plan Committee members are responsible for ensuring the design, implementation and audit of reasonable and adequate systems, procedures and policies at the Company necessary to permit them to comply with this function.

The ERISA Plan Committee is further responsible to ensure the existence of, and periodically assess and determine the adequacy and efficacy of reasonable systems, policies, and procedures in place to assure the strict compliance of plan fiduciaries in the

effectuation of their obligations. Committee members will periodically report to the Audit Committee of the Board of CVS regarding the implementation, structure, revisions and compliance audit results of such systems, policies and procedures.

**II.    Resources and Authority**

The ERISA Plan Committee will have available to it from the Company the financial and personnel resources and authority necessary and appropriate to permit it to discharge its duties and responsibilities, including obtaining advice and assistance from internal and external counsel, accountants, auditors and other advisors or consultants as it may determine and select.

In additional, as a tool to assist the ERISA Plan Committee to comply with its fiduciary obligations, up to two members of the ERISA Plan Committee are authorized to attend meetings of the Audit Committee of the Board of CVS as the ERISA Plan Committee deems appropriate.

**III.    Committee Duties and Responsibilities**

The duties and responsibilities of the ERISA Plan Committee will include the following:

1.    To administer, oversee and monitor the implementation and performance of the ERISA Plans in accordance with all applicable laws, rules and regulations.

2.    To appoint necessary and appropriate designated ERISA Plan fiduciaries, including ERISA Plan Administrator(s) and Trustee(s), and oversee and monitor the activities of these ERISA Plan fiduciaries to ensure the effectuation of their responsibilities in accordance with standards of prudence.

3. To oversee the design and implementation of appropriate risk assessment systems, policies and procedures by these designated fiduciaries with respect to the implementation of the ERISA Plans.

4. To retain, at CVS's expense, the financial and personnel resources and authority necessary and appropriate to permit it to discharge its duties and responsibilities (separate from routine administration functions presently paid for out of the Plan funds), including obtaining advice and assistance from internal and external counsel, accountants, auditors and other advisors or consultants as it may determine and select.

5. To have up to two of its members attend meetings of the Audit Committee of the Board of CVS.

6. To oversee and monitor on an ongoing basis the effective design and implementation of systems, policies and procedures to ensure the review and assessment of ERISA Plan investment alternatives, administrative matters and disclosure issues in accordance with the legal obligations of plan fiduciaries, undertaken in the interest and for the benefit of the ERISA Plan beneficiaries.

7. To receive, review and assess reports, information and data necessary to ensure the ERISA Plan Committee's sufficient oversight of the operation of the ERISA Plans in conformance with this Charter. This shall include attendance at meetings of the Audit Committee of the Board of CVS by up to two ERISA Plan Committee members.

9. To ensure access to Company financial and operational information necessary to permit it to reasonably and adequately assess the ERISA Plans'

participation on an ongoing basis in the offering of Company common and/or preference stock as an appropriate investment option to ERISA Plan participants, including assessment of disclosure related thereto.

10.     At least annually, to engage in a self-assessment of the ERISA Plan Committee's operations and functions and to provide, at least annually, to the Audit Committee of the Board, a report of the ERISA Plan Committee's activities and any issues arising therefrom.