EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

*Fescina v. CVS Corporation, et al.*    )
*Civil Action No. 04-12309-JLT*    )
_____    )

## NOTICE OF CLASS ACTION SETTLEMENT

### TO ALL MEMBERS OF THE FOLLOWING CLASS

All persons who were participants or beneficiaries in the CVS 401(k) Profit Sharing Plan (the "401(k) Plan"), the CVS Corporation and Subsidiaries Employee Ownership Plan (the "CVS ESOP") or the CVS Diversified ESOP Account (collectively the "Plans") and who held, acquired, purchased or had contributed CVS common stock and/or CVS preference stock (collectively "CVS Stock") to his or her account(s) at any time from December 1, 2000 to October 30, 2001 ( the "Class Period").

**PLEASE READ THIS NOTICE CAREFULLY.
A FEDERAL COURT AUTHORIZED THIS NOTICE.
THIS IS NOT A SOLICITATION.**

A Settlement has been proposed in a class action lawsuit brought on behalf of the Plans against CVS and certain of its officers and directors for alleged breaches of fiduciary duty under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). To fully resolve the lawsuit, the Settlement will provide $3 million in cash and impose governance changes involving the administration of the CVS ERISA Plans. Persons who were participants or beneficiaries of any of the Plans and who held, acquired, purchased or had contributed CVS Stock to their plan account(s) during the Class Period may be entitled to a share of the Settlement.

The United States District Court for the District of Massachusetts authorized this notice. The Court will hold a hearing to decide whether to approve the Settlement, so that the benefits may be paid.

**WHO IS INCLUDED?**

You are a Class member and could get benefits if you held, acquired, purchased or had contributed CVS Stock to your plan account(s) during the Class Period. Persons named as individual Defendants in the lawsuit, as well as their immediate family members, are not Class members.

**WHAT IS THIS ABOUT?**

The Plaintiff filed an amended complaint that alleged that the Defendants breached their duties under ERISA by: (i) offering CVS Stock as an investment option in the Plans and investing and retaining the Plans' assets in CVS Stock at a time when it was an unsuitable and imprudent investment for the Plans; (ii) providing misleading information regarding the operational and financial condition of CVS and the prudence of investing in its Stock; and (iii) failing to take appropriate actions to protect participants and beneficiaries from losses to the Plans that were caused by these actions. Defendants deny that they breached any fiduciary duties or any other provisions of ERISA in connection with the decision to acquire or retain CVS Stock in the Plans, or that they misrepresented the operational and financial performance of CVS or the value of CVS Stock to participants in the Plans. The Court did not decide which side was right, and both sides agreed to the Settlement to ensure a resolution, avoid the cost and risk of litigation, and provide benefits to Class members.

**WHAT DOES THE SETTLEMENT PROVIDE?**

CVS agreed to create a fund of $3 million to be divided among the Class members. In addition, CVS agreed to make certain governance changes involving the administration of the CVS ERISA Plans. The Settlement Agreement, available at the website listed below, describes all of the details about the proposed Settlement, including the governance changes. Your share of the fund, if any, will depend on the number of shares of CVS Stock in your Plan account(s), and the decline in value of those shares during the Class Period, as compared to the decline in value of shares of CVS Stock held by other plan participants in their accounts.

**HOW DO YOU RECEIVE A PAYMENT?**

If you are a Class member and are entitled to a share of the Settlement Fund according to the Settlement Agreement ("Eligible Class Member"), you will not be required to do anything to receive a payment. If you are an Eligible Class Member, and you are a current Plan participant, payment will be made directly to your plan account. If you are an Eligible Class Member and you no longer participate in the Plans, depending on the size of your payment, you will either (i) receive a check made payable to you, or (ii) have the opportunity to receive a check made payable to you as above, or to receive a check payable to a qualified tax deferred account into which you desire to deposit your payment. In either case, you will also receive any required tax forms, and, if eligible, information on depositing your payment into a qualified tax deferred account. You will be notified of the amount of your payment.

**CAN I OPT OUT OF OR OBJECT TO THE SETTLEMENT?**

You do not have the right to exclude yourself from the Settlement in this case. The case was preliminarily certified under Federal Rules of Civil Procedure 23(b)(1) and (b)(2) as a "non opt-out"

class action because of the way ERISA operates. Therefore, you will be bound by any judgments or orders that are entered in this Action, and, if the proposed Settlement is approved, you will be deemed to have released all of the Defendants and their related parties, each and every member of the Settlement Class, and Class counsel from all claims that were or could have been asserted in this Action, or are otherwise included in the release in the Settlement, other than your right to obtain the relief provided to you, if any, by the Settlement.

The Court will hold a hearing in this case on _____ 2005, at the United States Courthouse, One Courthouse Way, Boston, Massachusetts 02210 to consider whether to approve the Settlement and a request by the lawyers representing all Class members (Morris and Morris LLC Counselors at Law, Law Offices Bernard M. Gross, P.C. and Law Offices of Bruce G. Murphy) for attorneys' fees and expenses. You may ask to appear at the hearing, but it is not required. Although you cannot opt out of the Settlement, you can object to all or any part of the Settlement. For more information regarding anything in this Notice, call toll-free_____, or visit www._____.