MORRIS and MORRIS LLC
COUNSELORS AT LAW

Facsimile: (302) 426-0406

Suite 300
4001 Kennett Pike
Greenville, Delaware 19807
(302) 426-0400

firm@morrisandmorrislaw.com

July 1, 2005

Judge Joseph L. Tauro
United States District Court
John Joseph Moakley
  United States Courthouse
One Courthouse Way
Suite 2300
Boston, MA  02210

      Re: Fescina v. CVS Corporation, et al.
         Civil Action No. 04-12309-JLT

Dear Judge Tauro:

Please find courtesy copies of the following documents, filed this date with the Clerk, United States District Court for the District of Massachusetts, in connection with the proposed settlement of the above-captioned ERISA class action:

1. Motion and Memorandum in Support of Plaintiff's Motion For an Order Preliminarily Approving Settlement, Certifying the Class, and Setting a Date and Time for the Fairness Hearing, with the following Exhibits:

   a. Exhibit 1 - Proposed Preliminary Order

   b. Exhibit 2 - Resume of Morris and Morris LLC Counselors At Law

   c. Exhibit 3 - Biographical Background of Law Offices Bernard M. Gross, L.P.

   d. Exhibit 4 - Biography of Bruce G. Murphy

2. Stipulation and Agreement of Settlement of ERISA Action, with the following Exhibits:

   a. Exhibit 1 - Charter of the CVS ERISA Plan Committee

Judge Joseph L. Tauro
July 1, 2005
Page 2

          b.     Exhibit A - Notice of Pendency of Class Action, Proposed Settlement, and Hearing ("Individual Notice")

          c.     Exhibit B - Notice of Class Action Settlement ("Summary Notice")

          d.     Exhibit C - Order Preliminarily Approving Settlement, Conditionally Certifying Class for Purposes of Settlement, Approving Form and Manner of Notice, and Scheduling Hearing on Fairness of Settlement Pursuant to Fed. R.Civ.P.23(3)

          e.     Exhibit D - Order and Final Judgment.

3.     A clean and redlined/blacklined copy of the proposed Amended Complaint in the above-captioned action, to be filed with the consent of all parties.

Plaintiff's Counsel respectfully present for the Court's consideration the following dates regarding the mail out of Notice and to complete the blank spaces in the Settlement documents regarding the cut off date for filing of objections and the proposed Fairness Hearing Date:

    <u>Fairness Hearing</u> date would be the same one presently set for the CVS Securities Action, namely Wednesday, September 7, 2005, at 11:30 a.m.

    <u>Deadline for Filing Objections</u> would be twelve (12) days prior to the Fairness Hearing date, namely, Friday, August 26, 2005.

    <u>Individual Notice</u> can be mailed out within seven days of entry of the proposed Preliminary Order, thus, for example, should the Court enter the Preliminary Order by Friday, July 8, 2005, Individual Notice would be sent out by first class mail no later than Friday, July 15, 2005. This would provide for approximately six weeks for Class members to file objections should they so choose. As this is a Fed.R.Civ.P. 23(b)(1) and(b)(2) putative Class action, Class members do not have the right to opt-out of the proposed Class.

Judge Joseph L. Tauro
July 1, 2005
Page 3

     Should the Court have any questions or concerns, please do not hesitate to contact us at the above listed telephone number.

                                  Respectfully submitted,

                                  /s
                                Karen L. Morris

                                /s
                                Deborah R. Gross

                                Plaintiff's Counsel