MORRIS and MORRIS LLC
COUNSELORS AT LAW

Facsimile: (302) 426-0406

Suite 300
4001 Kennett Pike
Greenville, Delaware 19807
(302) 426-0400

firm@morrisandmorrislaw.com

July 1, 2005

**VIA ELECTRONIC TRANSMISSION**
United States District Court
ATTN: Mr. William Ruane,
    Chief Deputy Clerk
John Joseph Moakley
  United States Courthouse
One Courthouse Way
Suite 2300
Boston, MA   02210

> Re: Fescina v. CVS Corporation, et al.
>    Civil Action No. 04-12309-JLT

Dear Mr. Ruane:

Attached for electronic filing with the Court please find the following documents in connection with the proposed settlement of the above-captioned ERISA class action:

1. Motion and Memorandum in Support of Plaintiff's Motion For an Order Preliminarily Approving Settlement, Certifying the Class, and Setting a Date and Time for the Fairness Hearing, with the following Exhibits:

    a. Exhibit 1 - Proposed Preliminary Order

    b. Exhibit 2 - Resume of Morris and Morris LLC Counselors At Law

    c. Exhibit 3 - Biographical Background of Law Offices Bernard M. Gross, L.P.

    d. Exhibit 4 - Biography of Bruce G. Murphy

2. Stipulation and Agreement of Settlement of ERISA Action, with the following Exhibits:

    a. Exhibit 1 - Charter of the CVS ERISA Plan Committee

Mr. William Ruane
July 1, 2005
Page 2

        b.    Exhibit A - Notice of Pendency of Class Action, Proposed Settlement, and Hearing ("Individual Notice")

        c.    Exhibit B - Notice of Class Action Settlement ("Summary Notice")

        d.    Exhibit C - Order Preliminarily Approving Settlement, Conditionally Certifying Class for Purposes of Settlement, Approving Form and Manner of Notice, and Scheduling Hearing on Fairness of Settlement Pursuant to Fed. R.Civ.P.23(3)

        e.    Exhibit D - Order and Final Judgment.

3.    A clean and redlined/blacklined copy of the proposed Amended Complaint in the above-captioned action, to be filed with the consent of all parties.

4.    Cover letter to be provided to Judge Joseph L. Tauro with a courtesy copy of all of the above filings.

We respectfully request that your office provide a courtesy copy of these papers, with the cover letter, to Judge Joseph L. Tauro, presiding judge in this matter, as expeditiously as possible for his consideration.

Should you have any questions or concerns, please do not hesitate to contact us at the above listed telephone number.

                              Respectfully submitted,

                              /s
                            Karen L. Morris

                              /s
                            Deborah R. Gross

                            Plaintiff's Counsel