[illegible]