CASE NO. 04-12309

July 29 '05

Clerk of the Court
U.S. District Court
District of Massachusetts

To Whom It May Concern:

Dear Sir/Ma'am:

I object to the settlement in Jescina vs. CVS Corp. et al - Civil Action No. 04-12309 JLT.

Here are the specific objectives and grounds for objection to the settlement.

1. I am a part-timer in the company and have very small share.

2. I am happy in my job and I am loyal to the co. being there for almost 8 years.

3. They (my superiors) are understanding to my physical and mental condition and capacity.

4. I am not interested in any litigation made by Jescina —

Thank you for hearing me.

Sincerely yours,
Ramir R. Oliver

Name: Ramir R. Oliver

Address: 70 Chilton St
Elizabeth NJ
07202

Tel. no. (908) 538-9794

Signature: [signature]