# EXHIBIT 3

CASE NO 04 12309

July 29 '05

To Whom It May Concern:

Dear Sir:

I object to the Settlement in Jescina vs. CVS Corp. et al. Civil Action No. 04-12309 JLT

Here are the specific objectives and ground for my objection to the Settlement

1. I am a partner in the company and have small share.

2. I am happy in my job and I am loyal to the company.

3. They (my superiors) are understanding to my personal and mental capacity.

4. I am not interested in any litigation made by Jescina.

Thank you for hearing me.

Respectfully yours,

Ramir R. Oliva

Name - Ramir R. Oliver

Address 70 Chilton St
Elizabeth, NJ 07202

Tel. No. (908) 558-9794

Signature: *[signed]*

August 23, 2005
Fescina V. CVS Corporation et. al.
Civil Action No.04-12309-JLT

Bobby G. Hawkins
216 Pinkston St.
Henderson, NC 27536
(252) 430-7842

Dear Sirs:

I "object" to the Settlement in Fescina V. CVS Corporation et. AL., due to the fact that I did not sign a wavier in order to receive, my Severance Package. By signing their waivers I feel that the Employees only gave CVS the incentative to become part of this lawsuit. Therefore I feel that CVS still owes me my "Severance Package." Plus interest

Thanks,

Bobby G. Hawkins

AUG 2 4 2005