UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

_____
:
JAMES FESCINA, Individually and On Behalf of :
All Others Similarly Situated, :
: Civil Action
Plaintiff, : No. 04-12309- JLT
:
vs. :
:
CVS CORPORATION, THOMAS M. RYAN, :
STANLEY P. GOLDSTEIN, EUGENE :
APPLEBAUM, W. DON CORNWELL, THOMAS :
P. GERRITY, MARIAN L. HEARD, WILLIAM H. :
JOYCE, TERRENCE MURRAY, SHELI Z. :
ROSENBERG, IVAN G. SEIDENBERG, DAVID :
RICKARD, ZENON P. LANKOWSKY, :
ROSEMARY MEDE, and UNKNOWN :
FIDUCIARY DEFENDANTS 1-100, :
:
Defendants. :
_____:

**DECLARATION OF PATRICK F. MORRIS IN
SUPPORT OF JOINT PETITION FOR AN AWARD OF
ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES, AND
<u>PAYMENT OF INCENTIVE AWARD TO THE NAMED PLAINTIFF</u>**

I, Patrick F. Morris, hereby declare and state as follows:

1.      I am a partner in the law firm of Morris and Morris LLC Counselors At Law. I submit this affidavit in support ERISA Counsel's application for an award of attorneys' fees in connection with services rendered by, for reimbursement of expenses incurred by ERISA Counsel's firms in the course of the ERISA Litigation, and payment of an incentive award on behalf of the named Plaintiff.

1

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Patrick F. Morris in Support of Petition for an Award Of Attorneys' Fees, Reimbursement of Expenses on Behalf of Morris and Morris LLC Counselors At Law, and Payment of an Incentive Award to the Named Plaintiff.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Deborah R. Gross in Support of Petition For Attorneys' Fees and Reimbursement Of Expenses Filed by Law Offices Bernard M. Gross, P.C.

4. Attached hereto as Exhibit 3 presents a detailed summary by of the aggregate lodestar and expenses incurred by the ERISA Counsel firms in this action, compiled from each firm's individual declaration.

5. Attached hereto as Exhibit 4 is a true and correct copy of the invoice submitted by ERISA Benefits Consulting, Inc., Plaintiff's ERISA expert.

6. Attached hereto as Exhibit 5 is a true and correct copy of the invoice submitted by Philadelphia Investment Banking Company, Plaintiff's damages expert.

I declare under the penalty of perjury that the foregoing is true and correct.

    /s/ Patrick F. Morris  
PATRICK F. MORRIS