# EXHIBIT 3

## CVS ERISA LITIGATION

| FIRM | LODESTAR | EXPENSES | TOTAL |
|---|---:|---:|---:|
| Morris and Morris LLC | 577,521.25 | 6,438.53 | 583,959.78 |
| Law Offices Bernard M. Gross, P.C. | 110,387.50 | 11,304.35 | 121,691.85 |
|  |  |  |  |
| TOTAL | $ 687,908.75 | $ 17,742.88 | $ 705,651.63 |