# EXHIBIT 4

| | | |
|---|---|---|
| Mark Johnson | Date | Invoice # |
| ERISA Benefits Consulting, Inc. | 8/30/05 | 203 |
| 4804 Mill Brook Drive | | |
| Colleyville, TX 76034 | | |

### BILL TO

Karen Morris
Morris and Morris LLC
4001 Kennett Pike, Suite 300
Wilmington, DE 19807

| DESCRIPTION | AMOUNT |
|---|---|
| For services rendered pursuant to retention as expert in ERISA class action, including provided expert advice and consultation regarding ERISA, statutory obligations, and the scope and nature of good faith fiduciary obligations under ERISA.  Also, advised regarding structure and content of proposed governance changes at company and drafted declaration in support of proposed settlement. | |
| 11.75 hours @ $300.00/hour | $ 3,525.00 |