# EXHIBIT 5

# PHILADELPHIA INVESTMENT BANKING COMPANY

July 13, 2005

Law Offices of Bernard M. Gross, PC
Suite 450, The Wanamaker Building
Juniper and Market Streets
100 Penn Square East
Philadelphia, PA  19107

Attention:  Deborah R. Gross, Esq.

## INVOICE

Re:  CVS ERISA

For Services Rendered, including:

> Review of documents including complaint, review of CVS price versus
> indicating comparables, work on allocation issues.

| Fees: | Person | Hours | Rate | Total |
|---|---|---|---|---|
| | R. Alan Miller | 3.00 | $495.00 | $1,485.00 |
| | Kenneth W. Gross | 9.70 | $425.00 | 4,122.50 |
| | E. Collett | 3.50 | $250.00 | 875.00 |
| | | | | $6,482.50 |
| Expenses: | Bloomberg service charge | | | 525.00 |
| | | | Total Due | $7,007.50 |

See detail attached.
Thank you.

PO BOX 209 ONE ALDWYN CENTER, VILLANOVA, PA 19085-0209
FAX (610) 527-1629 / email: pibc@pibc.net