**MORRIS and MORRIS LLC**
**COUNSELORS AT LAW**

| | | |
|---|---|---|
| Karen L. Morris<br>kmorris@morrisandmorrislaw.com | Suite 300<br>4001 Kennett Pike<br>Wilmington, Delaware 19807<br>(302) 426-0400<br>(302) 426-0406 (facsimile) | Patrick F. Morris<br>pmorris@morrisandmorrislaw.com |

August 31, 2005

**VIA ELECTRONIC TRANSMISSION**
United States District Court
ATTN: Mr. William Ruane,
       Chief Deputy Clerk
John Joseph Moakley
   United States Courthouse
One Courthouse Way
Suite 2300
Boston, MA   02210

>  Re: Fescina v. CVS Corporation, et al.
>      Civil Action No. 04-12309-JLT

Dear Mr. Ruane:

    Attached for electronic filing with the Court please find the following documents in connection with the final settlement hearing on the above-captioned ERISA class action, scheduled to be held September 7, 2005:

    1.    Plaintiff's Memorandum in Support of Motion For Approval of the Settlement and Entry of Order And Final Judgment, with three exhibit;

    2.    Memorandum in Support of Plaintiff's Counsel's Joint Petition For an Award of Attorneys' Fees, Reimbursement of Expenses, And Payment of an Incentive Award to the Named Plaintiff;

    3.    Declaration of Patrick F. Morris in Support of Joint Petition For an Award of Attorney's Fees, Reimbursement of Expenses, And Payment of Incentive Award to the Named Plaintiff, with five exhibits; and

    4.    Cover letter to be provided to Judge Joseph L. Tauro with a courtesy copy of all of the above filings.

Mr. William Ruane
August 31, 2005
Page 2

      We respectfully request that your office provide a courtesy copy of these papers, with the cover letter, to Judge Joseph L. Tauro, presiding judge in this matter, as expeditiously as possible for his consideration.

      Should you have any questions or concerns, please do not hesitate to contact us at the above listed telephone number.

      Respectfully submitted,

      /s
      Karen L. Morris

      /s
      Deborah R. Gross

      Plaintiff's Counsel