**MORRIS and MORRIS LLC**
**COUNSELORS AT LAW**

| | | |
|---|---|---|
| Karen L. Morris<br>kmorris@morrisandmorrislaw.com | Suite 300<br>4001 Kennett Pike<br>Wilmington, Delaware 19807<br>(302) 426-0400<br>(302) 426-0406 (facsimile) | Patrick F. Morris<br>pmorris@morrisandmorrislaw.com |

August 31, 2005

Judge Joseph L. Tauro
United States District Court
John Joseph Moakley
  United States Courthouse
One Courthouse Way
Suite 2300
Boston, MA   02210

       Re: Fescina v. CVS Corporation, et al.
          Civil Action No. 04-12309-JLT

Dear Judge Tauro:

    Please find courtesy copies of the following documents, filed this date with the Clerk, United States District Court for the District of Massachusetts, in connection with the final settlement hearing in the above-captioned ERISA class action, scheduled to be held September 7, 2005:

    1.    Plaintiff's Memorandum in Support of Motion For Approval of the Settlement and Entry of Order And Final Judgment, with three exhibit;

    2.    Memorandum in Support of Plaintiff's Counsel's Joint Petition For an Award of Attorneys' Fees, Reimbursement of Expenses, And Payment of an Incentive Award to the Named Plaintiff; and

    3.    Declaration of Patrick F. Morris in Support of Joint Petition For an Award of Attorney's Fees, Reimbursement of Expenses, And Payment of Incentive Award to the Named Plaintiff, with five exhibits.

Judge Joseph L. Tauro
August 31, 2005
Page 2

     Should the Court have any questions or concerns, please do not hesitate to contact us at the above listed telephone number.

                           Respectfully submitted,

                           /s
                         Karen L. Morris


                           /s
                         Deborah R. Gross

                         Plaintiff's Counsel

Case 1:04-cv-12309-JLT    Document 19-13    Filed 08/31/2005    Page 2 of 2