UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

_____

JAMES FESCINA, Individually and On Behalf of All Others Similarly Situated,

           Plaintiff,

vs.

CVS CORPORATION, THOMAS M. RYAN, STANLEY P. GOLDSTEIN, EUGENE APPLEBAUM, W. DON CORNWELL, THOMAS P. GERRITY, MARIAN L. HEARD, WILLIAM H. JOYCE, TERRENCE MURRAY, SHELI Z. ROSENBERG, IVAN G. SEIDENBERG, DAVID RICKARD, ZENON P. LANKOWSKY, ROSEMARY MEDE, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,

           Defendants.

Civil Action
No. 04-12309- JLT

**ASSENTED TO MOTION FOR ADMISSION**
**_PRO HAC VICE_ FOR KAREN L. MORRIS**

      Pursuant to Local Rule 83.5(b), I, Deborah R. Gross as counsel for Plaintiff, respectfully move this Court for the admission _pro hac vice_ of Karen L. Morris of Morris and Morris LLC Counselors at Law in this matter and, in support, state as follows:

      1.      I am an attorney at law duly admitted to practice before the United States District Court for the District of Massachusetts and am a member in good standing of the bar of this Commonwealth.

      2.      I am a member of the law firm, Law Offices Bernard M. Gross, P.C. and I am counsel of record representing Plaintiff James Fescina in this matter.

3.  Karen L. Morris is a member of the firm of Morris and Morris LLC Counselors at Law which is located at 4001 Kennett Pike, Suite 300, Wilmington, Delaware 19807, and serves along with Law Offices Bernard M. Gross, P.C. as counsel for Plaintiff in this matter. Ms. Morris is familiar with the facts surrounding this dispute.

4.  Further, as set forth in the accompanying Local Rule 83.5.3(b) Certification submitted herewith as Exhibit A: (1) Ms. Morris is a member in good standing in every jurisdiction in which she is admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of any bar in any jurisdiction; and (3) She is familiar with the Local Rules of the United States District Court of Massachusetts.

WHEREFORE, Plaintiff in this action respectfully requests, through his counsel, that this Court admit Karen L. Morris pro hac vice, on behalf of Plaintiff in this matter, as set forth in the Proposed Order at Exhibit B.

Respectfully submitted,

By: /s/ Deborah R. Gross
Deborah R. Gross (Bar # 546151)
**LAW OFFICES BERNARD M. GROSS,  P.C**
Suite 450- John Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19102
Telephone: 215-561-3600
Facsimile: 215-561-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by email and facsimile upon Trisha Lawson, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York,  10017 on this 6th day of September, 2005.

/s/ Deborah R. Gross
Deborah R. Gross