UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES FESCINA, Individually and On Behalf of All Other Similarly Situated<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>CVS CORPORATION, THOMAS M. RYAN, STANLEY P. GOLDSTEIN, EUGENE APPLEBAUM, W. DON CORNWELL, THOMAS P. GERRITY, MARIAN L. HEARD, WILLIAM H. JOYCE, TERRENCE MURRAY, SHELI Z. ROSENBERG, IVAN G. SEIDENBERG, DAVID RICKARD, ZENON P. LANKOWSKY, ROSEMARY MEDE, and UNKNOWN FIDUCIARY DEFENDANTS 1-100<br><br>　　　　　Defendants | Civil Action No.  04-12309-JLT |

## CERTIFICATION OF KAREN L. MORRIS

Pursuant to Rule 83.5 of the Local Rules of the United States District Court for the District of Massachusetts, Karen L. Morris, in support of the application to this Court for an Order granting her leave to appear, *Pro Hac Vice*, on behalf of Plaintiff, James Fescina, in the above-entitled action, certifies as follows:

　　　1.　　I was admitted to practice before the Bar of the State of New York in 1984. I have also been admitted to practice before the State of Delaware, and am a current member, in good standing, of the Bar of those Courts.

2. I have no disciplinary proceedings pending against me as a member of any bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of Massachusetts.

4. My address for service is as follows:

Karen L. Morris
Morris and Morris LLC Counselors at Law
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
Telephone: 302-426-0400
Facsimile:  302-426-0406
E-mail: kmorris@morrisandmorrislaw.com

By: /s/ Karen L. Morris
　　　Karen L. Morris