UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

_____

JAMES FESCINA, Individually and On Behalf of
All Others Similarly Situated,

           Plaintiff,

   vs.

CVS CORPORATION, THOMAS M. RYAN,
STANLEY P. GOLDSTEIN, EUGENE
APPLEBAUM, W. DON CORNWELL, THOMAS
P. GERRITY, MARIAN L. HEARD, WILLIAM H.
JOYCE, TERRENCE MURRAY, SHELI Z.
ROSENBERG, IVAN G. SEIDENBERG, DAVID
RICKARD, ZENON P. LANKOWSKY,
ROSEMARY MEDE, and UNKNOWN
FIDUCIARY DEFENDANTS 1-100,

           Defendants.

Civil Action
No. 04-12309- JLT

### ORDER APPROVING ASSENTED -TO MOTION
### FOR ADMISSION *PRO HAC VICE* OF KAREN L. MORRIS

    On this _____ day of September, 2005, this Court approves the admission *pro hac vice* of Karen L. Morris.

_____
Tauro, J.