UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

_____

JAMES FESCINA, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

CVS CORPORATION, THOMAS M. RYAN, STANLEY P. GOLDSTEIN, EUGENE APPLEBAUM, W. DON CORNWELL, THOMAS P. GERRITY, MARIAN L. HEARD, WILLIAM H. JOYCE, TERRENCE MURRAY, SHELI Z. ROSENBERG, IVAN G. SEIDENBERG, DAVID RICKARD, ZENON P. LANKOWSKY, ROSEMARY MEDE, and UNKNOWN FIDUCIARY DEFENDANTS 1-100,

        Defendants.

Civil Action
No. 04-12309- JLT

**ORDER APPROVING ASSENTED -TO MOTION
FOR ADMISSION PRO HAC VICE OF PATRICK F. MORRIS**

    On this _____ day of September, 2005, this Court approves the admission pro hac vic of Patrick F. Morris.

 

_____
Tauro, J.