SEPT. 25, 06
MONDAY

Hi:

RE: CVS C/A 04-12309

A YEAR AGO I WROTE TO MORRIS + MORRIS IN WILMINGTON, DEL. AND NEVER REC'D AN ANSWER. THAT IS WHY I AM WRITING TO YOU.

I RETIRED FROM CVS JUNE 1ST, 2001 AFTER 15 YEARS. MY CVS ESOP AT THAT TIME WAS $16,000. THE END OF SEPT 2001, 5 YRS AGO., I REC'D A CHECK FOR $9,300, A SHORTAGE OF $6,700, WHILE CVS WAS IN THE PROCESS OF PICKING UP ANOTHER CHAIN.

I WOULD LIKE TO KNOW:
① IS THE C/A SUIT 04-12309 STILL OPEN?
② IS MY NAME ON THE LIST?

PLS. LET ME KNOW. THANK YOU

Charles Dexter


Mr. Charles Dexter
678 Grove St.
Woonsocket, RI 02895

401-769-2057